No. 90–7654. GEISLER v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 90–7669. DEEMER v. POUNDS ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–7682. WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7691. WILSON v. LANE ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–7693. RUS ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7695. DULUC DEL ROSARIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–7698. YARTER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–7702. GHASHIYAH, AKA CASTEEL v. CIRCUIT COURT FOR DANE COUNTY ET AL. Sup. Ct. Wis. Certiorari denied.

No. 90–7718. THOMAS v. CHENEY, SECRETARY OF DEFENSE, ET AL. C. A. Fed. Cir. Certiorari denied.

No. 90–7722. CENATUS, AKA REMY v. SCHROEDER ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–7730. MOON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7732. RILEY v. FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 5th Cir. Certiorari denied.

No. 90–7740. NEEDLER v. VALLEY NATIONAL BANK OF ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–7759. KORDOSKY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.